647 A.2d 470

IN THE MATTER OF RICHARD J. WEBER,
AN ATTORNEY AT LAW.

September 23, 1994.

## ORDER

The Disciplinary Review Board having filed a report with the Court recommending that RICHARD J. WEBER of NEPTUNE, who was admitted to the bar of this State in 1970, be publicly reprimanded for violation of *RPC* 1.4(b) (failure to provide client information enough to make informed decisions) and *RPC* 8.4(c) (misrepresentations), and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and RICHARD J. WEBER is hereby publicly reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Office of Attorney Ethics and the Disciplinary Review Board for appropriate administrative costs incurred in the prosecution of this matter.